IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00085-RBJ | Date: | August 1, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | Susana Cahill | Probation: | Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Barbara S. Skalla* |
| v. | |
| 4.  MARTIN LOPEZ<br>**Defendant(s)** | *Lisabeth P. Castle* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     12:57 p.m.

Defendant present in custody.

Interpreter sworn.

Appearances of counsel.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [288] Objections to Presentence Report are **GRANTED IN PART and DENIED IN PART.**

[289] Defendant's Motion for Downward Departure and Request for Variant Sentence is **GRANTED.**

[294] Government's Motion Regarding U.S.S.G. Section 3E1.1(b) is **GRANTED.**

[296] Government's Amended Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 is  **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **156 months** as to Count One of the Information.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years.**

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Court RECOMMENDS that the defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with an RDAP program within Colorado.

**ORDERED:**   Defendant advised of his right to appeal.

Forfieture of vehicles and handgun as outlined in the plea agreement is **GRANTED.**

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  2:19  p.m.            Hearing concluded.            Total time:     01:22