IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00085-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     MARTIN LOPEZ,

       Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on February 26, 2013;

THAT a Preliminary Order of Forfeiture was entered on October 16, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the 2009 Chevrolet Silverado Cheyenne LT, VIN 1GCEC24CX9Z107787 shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited the 2009 Chevrolet Silverado Cheyenne LT, VIN 1GCEC24CX9Z107787 and may dispose of it in accordance with law.

SO ORDERED this 20th day of August, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. BROOKE JACKSON
United States District Court Judge